UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2017 APR 17 PM 6: 26

| | |
|---|---|
| Suzanne Reagan, ) | Case No. 1:16-cv-2066 |
| ) | |
| Plaintiff, ) | Judge Dan Aaron Polster |
| ) | |
| vs. ) | **STIPULATED DISMISSAL ENTRY** |
| ) | |
| ) | |
| Kristen Marie Woutersz, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

The Court held several teleconferences between December 2016 and April 2017 during which time the Court engaged parties in settlement discussions. An in-person mediation was conducted March 2, 2017. A follow-up in-person settlement conference was held May 17, 2017, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice as to Defendants Woutersz, Johnson, Castillo, and Tadic, each party to pay its own costs.

The Court retains jurisdiction to ensure that the Settlement Agreement is executed and to ensure defendants are in compliance with Paragraph 22a of the Settlement Agreement.

**IT IS SO ORDERED.**

_____
Attorney for Plaintiff

_____
Attorney for Defendants Woutersz, Johnson, Castillo, and Tadic

_____ May 18, 2017
**Dan Aaron Polster**           Date
**United States District Judge**