IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUZANNE REAGAN, <br><br> Plaintiff, <br><br> vs. <br><br> KRISTEN MARIE WOUTERSZ, *et. al.,* <br><br> Defendants. | CASE NO. 1:16cv2066 <br><br> JUDGE: DAN A. POLSTER <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST SARAH STONEBRAKER ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Suzanne Reagan and Defendant Sarah Stonebraker hereby stipulate that all claims in this action against Ms. Stonebraker are dismissed with prejudice, each party to pay her own costs and attorney fees.

Respectfully submitted,

 /s/ Andrew S. Pollis
ANDREW S. POLLIS (0046392)
Email: andrew.pollis@case.edu
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-2766
Facsimile: (216) 368-5137

Attorney for Plaintiff Suzanne Reagan

  /s/ Brian M. Garvine
BRIAN M. GARVINE (0068422)
Email: brian@garvinelaw.com
The Law Office of Brian M. Garvine, LLC
5 East Long Street
Suite 1100
Columbus, OH 43215
Phone: (614) 223-0290
Fax: (614) 221-3201

Attorney for Defendant Sarah Stonebraker

DATED: July 14, 2017
3550-PLDG-170714-E-File-Stipulation of Dismissal (Stonebraker)